MARY HALPINE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, (1) that the verdict is against the

weight of the evidence upon the question of the condition of the plaintiff's heart being due to the accident; (2) that the court erred in charging the jury that there was " no evidence that the placing of a dog or catch on the outside of the door jamb to prevent the door swinging out into the vestibule was impracticable or impossible." All concurred; Kruse, P. J., in result upon second ground stated.